# EXHIBIT B







A  Strategic Approach to Managing Your Business, Assets, and Taxes



© 2021 Integrated Wealth Strategies.



# Integrated Wealth Strategies

A strategic approach to managing your business, assets, and taxes

Financial Services · Cherry Hill Township, New Jersey · 55 followers · 2-10 employees

Follow    Message    ...

Home    **About**    Posts    Jobs    People

## Overview

We have found there is a better way! Being proactive and coordinating strategies reduces inefficiencies and creates wealth.
Our research has proven that there are a number of strategies for business owners and individuals that go beyond traditional retirement and basic tax plans. In many cases these strategies can be customized to create a favorable tax environment and to maximize net income. Being proactive and planning before events happen creates positive tangible results. Our goals are to create effective solutions that reduce market risk, reduce costs, and increase net income

P: 856-354-6110  E: info@iwstrategies.com

**Website**
https://iwstrategies.com

**Industry**
Financial Services

**Company size**
2-10 employees
3 associated members

**Headquarters**
Cherry Hill Township, New Jersey

**Founded**
2015

## Locations (1)

Primary
800 Kings Hwy N, Suite 201, Cherry Hill Township, New Jersey 08034, US

Get directions