# EXHIBIT C

Link to Video (Exhibit C)

# Transcript

00:00:12

Hi, my name is Todd Burkhalter, the CEO of drive planning. I'm sitting here with David Bradford, Chief Operations Officer, and we wanted to share with you an update on the real estate acceleration loan and just all that goes along with that. And just to make sure that all of our stakeholders kind of had a very clear, very transparent look at where we are.

00:00:32

Day.

00:00:33

Yeah. So you know, a lot of people want to find out.

00:00:36

You know, as we bring money in, you know, people send in 100 grand or 500 grand or 20 grand. Todd, where does it go? I mean how how?

00:00:45

Do we manage that?

00:00:46

Right. Typically when money comes in, we have three options. So as most of you are probably aware, one of the options is collab.

00:00:54

We can purchase land as as collateral and as far as the collateral is concerned, that is wholly owned real estate, no encumbrances, no liens or anything against them. And we would never violate going 65% loan to value. We don't want to exceed that merely because of the fact if there were to be a real estate correction or.

00:01:14

Market prices decline. We want to know that everybody's still made whole even based upon the collateral.

00:01:21

That we have.

00:01:22

The second option is we can just maintain some in cash, sure. And as far as cash is concerned, that is typically a a fluctuating number depending upon INS and outs operational when it's coming and going, people are redeeming and this and that. And so we try to keep a pretty wide margin of of cash on hand.

00:01:34

Because money's coming and going right. Cash. Yeah.

00:01:43

Currently, as of the end of the quarter, we were at 24,000,000 give or take a little bit of just operational money. Now I know we have projects and some things coming up. So I anticipate that to go down a little bit earmarked.

00:01:53

Some of that got already earmarked right.

00:01:57

But that you know, the I'm glad you brought up the cash.

00:02:00

Thing, because you know, we have the real estate as collateral, but the cash is a is also a form.

00:02:05

Collateral. Exactly.

00:02:05

Of.

00:02:06

Because people say, well, how do I know that you can pay me back on time and everyone else on time? Well, that's why we have a a fair amount of cash on hand.

00:02:15

Like clearly, we could probably pay back 8 almost a year's worth of obligations that we have so right. Nice just out of the cash loan. And obviously the third option is the basis of the entire.

00:02:22

OK.

00:02:27

Project as we will lend that out to developers to go out and purchase land or do their development deals and then they pay us a return in in kind and so.

00:02:38

So when when you say that we lend it, you know, sometimes people say, well, wow, that's a really high rate that you're charging in the sense of we're really.

00:02:47

Being partners on these real estate deals, right? It's a it's a profit participation.

00:02:49

Yeah, let's, let's.

00:02:52

Right.

00:02:52

But we are lending them money, but they do allow us and we partner with them on the projects to an extent where they pay us a piece of of the proceeds of each.

00:03:03

Deal. Therefore, that allows us to make what we make in terms of the return that everybody knows and enjoys.

00:03:11

Yeah. And you know, when you have, when you have that kind of relationship, a lot of the deals that we've looked at, I mean, we typically see and expect because that sometimes we pass up on deals.

00:03:23

Occasionally, yeah, when it's.

00:03:25

But we're looking at 300 to 500% return.

00:03:29

On on these kind of things and you know that that's that helps people understand these people, these developers know how to make a profit like that and that's why we can give them a pretty good return of 10% every 90 days. Yeah. So, you know, we mentioned the collateral, everyone understands what cash is.

00:03:43

Exactly.

00:03:50

Right. Let's talk about the real estate owned outright that we have. What's the value? Remind me of that and then let's talk about some of those assets owned out.

00:04:01

Right, that give us the ability to sleep at night and to know that we can always fulfill our promise to our lenders. That's you to pay you out on time every 90 days.

00:04:13

Right. And currently we have roughly give or take $120 million worth of wholly owned real estate and that comes in a variety of forms. Some of it is commercial property, some of it is developed land, some of it is undeveloped land if.

00:04:28

We have roughly 300 acres up in the Blue Ridge area. We have Saint Petersburg properties as well as Indianapolis and some here in Atlanta and so.

00:04:41

We try to.

00:04:42

Keep a wide diversification of those we don't want to be geographically concentrated too much.

00:04:48

Because obviously for obvious reasons, if there's some peril that came through a hurricane or tornado or something, you don't want all of your properties to be.

00:04:56

In the same geographic location.

00:04:57

You don't want.

00:04:57

To put all your eggs in one basket, right?

00:04:58

Exactly right. And so as we sit here today, we have properties.

00:05:04

That consist of again some of our offices, but also some the venue, the wedding venue that we're creating up in Blue Ridge and as well as rental real estate just property that creates cash flow. And so those are the things that are the underlying thing.

00:05:24

The collateral that support us, knowing that we can keep our.

00:05:29

Promise. Absolutely. And that's what I mean. That's what we teach our clients anyway that.

00:05:33

Real estate is a safe place to put your money because that you have more control. You have greater returns. It's not so speculative. There's not a lot of finger crossing and.

00:05:41

Right.

00:05:43

It goes back to our core value of our core values is to move people from a statement, wealth mentality and by that I mean they get a statement in the mail.

00:05:51

Good point.

00:05:54

They log in and they see their statement and they see the numbers that are present and they're either really happy, really sad, maybe confused. But at the end of the day, they had no control over how that number and more importantly, they had no recourse if the number goes down or is not what they wanted to be.

00:06:02

But there's nothing they can do.

00:06:12

Yeah. In moving our clients into that more contractual wealth environment allows our clients to have greater sense of peace, greater sense of predictability and just a vastly greater sense of control and recourse if things don't go as planned. And again with our particular.

00:06:32

The opportunity that we're discussing right now, we've never had any opportunity or or had never had any hiccups like that, but.

00:06:40

Things can happen.

00:06:41

Life happens and so we want to know that we are able to fulfill our obligations and so that's why that collateral real estate is such an integral part of keeping this.

00:06:53

Keeping our promise.

00:06:54

Yeah, keeping it strong and healthy and growing. Speaking of growing.

00:06:58

You know, when we started off with this whole idea, Todd, we were doing, we didn't even call it real. We didn't have any collateral. We just did it on a personal guarantee from the developer and we paid out on time. But what we wanted to do is.

00:07:09

Right.

00:07:15

Make something available to more people who maybe didn't know our reputation or didn't know our developers and stuff that we were working with.

00:07:20

Right.

00:07:23

Yeah. If you look back at some of our initial clients and these type of opportunities, they have been clients of either mine or other members of our team for over 20 years. Yes, in some cases 26 years and so they knew we had never not paid an obligation. We know that we can do that and so.

00:07:39

Well, like I trust you, Todd. Yeah, sure.

00:07:43

When we started adding some additional team members that were from various parts of the country, we felt it important to.

00:07:50

You add that sense of security, and if there's you, it was actually your idea to add that sense of collateral so that people that don't know us as well and haven't had that experience with us for 20 plus years, had that piece had that comfort.

00:08:06

Level and you know, when I look, I'm in a group that looks at a lot of big.

00:08:11

Syndication deals and so forth. I've never seen any of those. And some of those are very attractive. I've never seen any of those that have this.

00:08:18

Kind.

00:08:18

Of collateral that is so strong and so solid cash and money owned, I mean, and property owned outright. Let's just talk briefly about the progress because one of the things you said.

00:08:19

No.

00:08:31

Earlier is, you know, we've got real estate in Indianapolis, we've got some in Saint Pete, we've got some in Blue Ridge.

00:08:37

And and in Roswell, outside of right outside of of Atlanta.

00:08:42

And diversification is a hedge against risk.

00:08:45

Yeah, for sure.

00:08:47

But some people have asked us, you know, why is it that drive planning is working with other developers? That's not how we started. Well, when we started real, OK, we had one developer fabulous that had a great reputation, multi generations in that in that business.

00:09:04

And we had, I think the the collateral we had was like a 1.2 million.

00:09:08

Yeah, a little over 1,000,000 bucks and.

00:09:09

Now we have almost 145.

00:09:11

And so you know, as anything grows, there's always expansion and change that comes along with it. And so with that geographical diversification also comes people that specialize or operate in different parts.

00:09:16

Sure.

00:09:23

Of the country.

00:09:24

Of course.

00:09:24

So again, it's the all not all your eggs in one basket type mentality.

00:09:30

It would be irresponsible to put all of our fund with one developer.

00:09:34

With with one person. Yeah. And so that's why I think our goal is to continue to grow. I think we will continue to expand.

00:09:36

Yeah.

00:09:41

I figure in five years we'll have 10 or more developers, yeah.

00:09:44

I hope yes, I hope.

00:09:46

And it gives us the ability to, like you said, control risk.

00:09:49

Yeah.

00:09:50

Alright, so we've, you know we've talked about the structure, we've talked about the history of the real and we you know we talked about the collateral and stuff like that. A lot of people want to know well what about some of these real estate development projects. Why don't we start with the Gulfport property?

00:10:05

Yeah. So that's a unique one. We bought that property. And so you don't know, Gulfport is just outside of Saint Petersburg, it's roughly 8 miles from downtown Saint Pete, Beautiful sitting property sitting right on the Bay View.

00:10:19

The water and we were able to get what today looks like on the surface, just two lots, but it's technically 4 lots that we were able to acquire for just over $900,000. And so we'll come in, add in probably a million and a half worth of structure and the translated.

00:10:39

Value will the value will be over $5,000,000 worth of equity that we have in that project right there or on sale price. Wow. And so you know we're in at two and a half million dollars roughly and we're.

00:10:54

More than double our money.

00:10:55

And then the cash flow.

00:10:56

And there's also cash flow on the property. We can sell the property. We can continue to take the cash flow. The property is delivering cash flow right now. And so it's just a that's a beautiful deal that is just works. It's in a just radically desirable area. It's a property that as a firm.

00:10:58

Or we can sell.

00:10:59

That.

00:11:15

I think we would love to hang on to, but if we were ever needed to sell it.

00:11:20

Or we're not just.

00:11:21

The right price, right and maybe even recapitalize it down the road through.

00:11:25

To pulling money out through financing. So again, there's a lot of different options that can go along down the road in these projects to realize the realize the big win.

00:11:36

So another really exciting thing that we have, one of the projects that we have is the TBR supply.

00:11:43

Yeah.

00:11:43

That's out in Blue Ridge, right?

00:11:44

It is. It's in right in. Again, a wonderful property. It's commercial property right at the main intersection of 515 in the heart of Blue Ridge, which is those you don't know. That's an hour and a half north of Atlanta, that is a.

00:12:02

A gorgeous town, but it's it mostly is a tourist and resort area now that swells up every weekend.

00:12:11

So we're the wealthy. Like to go from Atlanta for their mountain retreat.

00:12:12

It is the Atlantans have a lot of yeah, it's and. So just a phenomenal area. And so we we were able to get a property there for roughly $3,000,000 of purchase price, but it was in a form of a unique structure in that the owner is financing.

00:12:33

And so at the end of the day, we've converted an old theater into two retail locations, one of which is supplying boots gear Western wear, which is very popular right now and the most lucrative of which on the other side is a gun store like the TBR outdoors.

00:12:54

Very good business model there, so at.

00:12:57

You get your hat and you can get your Glock and get your shot.

00:12:57

The end of the.

00:12:59

Right. Those are good symbiotic relationships. Yeah, those those businesses.

00:13:03

But at the end of the day, we're out of pocket right now, roughly 900 and something $1000. And the new valuation on the businesses and the property itself is probably going to be approaching $5,000,000 and so tremendous cash flow that will come off of those tremendous cash.

00:13:23

And again, so we've got property there that is real estate based, we've got a business entity there that's providing cash flow, really good cash flow and that's a great deal. That's a great.

00:13:35

You have multiple exit strategies. You can sell the one of the businesses or you can sell the whole deal.

00:13:35

Great.

00:13:35

Deal. There's a multiple of exit strategies.

00:13:40

We have a lot adjacent to that that is now that we've cleaned up and made it just radically more desirable. There's a really good chance that we're looking at somebody to purchase that right now. And so just tons of opportunities there.

00:13:54

Saw I saw the the property when we were up there about a month ago. It was fabulous.

00:13:59

Fabulous.

00:14:00

Yeah.

00:14:01

Todd, let's talk about the development we have in Mineral Bluff, GA and we're going to pull up the the plat right here. So you can see that and and tell us about the deal structure for that.

00:14:06

Yeah.

00:14:12

And so that property is 28 acres that sits just adjacent to the Starlight Barn and the Burkhalter Ranch, which also serve as.

00:14:23

There'll be a wedding venue there, natural draw for people that area as a whole always doesn't even need a natural draw that it rents year round. But we have a a concentrated audience that will be coming to that property and so very naturally we're going to create these cottages.

00:14:24

Oh, nice.

00:14:41

Cabins on this particular property, where we're basically going to be in at $21,000 full in per lot. And if you look at the.

00:14:51

Sale price of lots in that area that are developed that are on a property that's of the quality that these are you're looking at probably 75 to for the higher more views and things lots that have more views and features to them a $150,000.

00:15:11

Gregory.

00:15:11

And so and so we believe that is a solid solid exit strategy and opportunity.

00:15:19

For our clients to come in, buy those lots and we can either do the building or we have builders that can help them do it or they can do it. But in the short term with it, we have a property management team that will come in there and manage it consistent with our values and our theme, I guess. And our values per say as much more.

00:15:28

And they can short term, rent it or.

00:15:39

Sure.

00:15:40

Is consistent with the property that it sits on, which is first class and so again great opportunity you're looking at just $21,000 a lot. So you will automatically sell it for a great great.

00:15:53

Deal more than.

00:15:53

And how many? Lots again?

00:15:55

UM, there's.

00:15:56

14 lots. I believe all total given. Yeah. Yeah. Very nice. Very good deal.

00:15:58

Nice.

00:16:02

And right there in one of the most desirable parts of Blue Ridge.

00:16:05

Right. And people that come to these properties that have the capacity to golf cart back and forth to from their cottage to the venue to fish or to hike or shoot guards or whatever the weddings or corporate retreats, just a number of opportunities there, those will.

00:16:16

They can stay there for the.

00:16:24

Those will sell and do really, really well.

00:16:26

We've already have.

00:16:26

A. We have a huge interest in them already and so some of them already spoken for.

00:16:33

Oh, that's fabulous.

00:16:34

Let's talk about the deal. We, we, we, we're involved in into Cab county.

00:16:37

Yeah. So Decamp County, I did. DeKalb County is unique. I grew up there. And if you told me today, there was still this type of acreage there that was available and undeveloped, I would I would. You know, I would not have believed you.

00:16:38

You grew up there.

00:16:50

But one of the developers had this piece of property that they were looking at and basically we along with them were able to get in at just over $14,000 an acre with, excuse me for a lot. Yeah. Excuse me. And and the beauty of that is we already had a letter of intent from a major.

00:17:00

Wow 7 acre or a lot?

00:17:04

OK.

00:17:11

Home builder that the letter of intent stated $45,000 per line. So so before it was sold, it was over before it began in some in some instance. And so obviously that's a radical home run and those don't happen every day.

00:17:27

But things similar with that do happen every day in this space. In this development space and so.

00:17:33

And is there is is that when that's nothing being built from the.

00:17:37

Ground up. There's no.

00:17:37

That's correct. Yeah. This is just the.

00:17:37

Threat.

00:17:39

We love those kind of.

00:17:39

Deals. There's no building involved. This is just literally what I call the dirt work and it's just securing the property. The key is securing the property and you've got the.

00:17:46

Get the infrastructure, get the zoning secured.

00:17:52

Relationship there that brought to the letter of intent and brought the ability to to turn it so quickly. Yeah, so that was.

00:17:59

About a nine month deal.

00:18:02

Let's talk about you mentioned it earlier, when we were talking about the the lights up in Blue Ridge, the Starlight Barn, what? What is that?

00:18:09

Yeah. So that is one of my favorite things on Earth to talk about. It's it's, it's not like anybody who's ever been. And I'll tell you that it sits on the ranch and it will serve as a wedding venue, corporate event space.

00:18:14

About.

00:18:17

OK.

00:18:26

And it's magnificent. I mean, it is an utterly gorgeous property. That structure alone, we probably got about $10 million into it. We have been entertaining people. There's been sewers that want to pay substantially more than that for it right now. We're going to run it.

00:18:46

With the cash flow, because it's it's sizable, it's good, it's good. It's going to be a good business. It's a cash flow opportunity that is again serves as collateral.

00:18:49

And that was our plan anyway. Create that as a cash flow.

00:18:58

However, is providing a great deal of return to to us and our investors. And if you look at that model that is uhm, there's so much opportunity there in terms of us utilizing it for our own.

00:19:12

And we can use it.

00:19:12

For ourselves, yeah, so.

00:19:12

For our own.

00:19:13

Corporate event space. That's a huge cost savings to us.

00:19:17

But we we get approached all the time from other companies that want to do the same. And so that opens up the lot opportunities that opens up people that come in here of what's going on there and just great symbiotic relationship with the the ranch and drive planning and certainly the the real opportunity.

00:19:36

Yeah. So, Todd, you know we we we we've been so excited to see how the real opportunity has just grown so fast and we've been working really hard to keep up and find deals to keep the money working. Like you said, the money goes into collateral where it stays in cash, where it goes into these real estate development.

00:19:56

Development partnerships. What do you see the future of the real being?

00:20:00

So one of the most exciting things that that I think we have going on right this minute is most of our current stakeholders and advisors will be happy to hear this.

00:20:11

That we're in the process with some technology developers that are developing a web portal so that everyone can log in, see their current values, sync up their transactions, and just make it a lot. Again a lot more transparent and user friendly. That's something that we've never.

00:20:30

Where that's going to save a lot of stress from the people in the.

00:20:30

Had in the.

00:20:33

Office for sure. Yeah. It's going to be a. It's a great addition. It's a great catapult for us moving forward because.

00:20:42

People have wanted it. They've talked about it. They asked why is it? And we've always kind of leaned upon. Well, these are private opportunities are private shows. We're that T Rowe Price or fidelity or, you know. And so this is giving us a nice upgrade to be able to add visibility. And again when visibility equals peace.

00:20:55

Absolutely.

00:21:01

Also so.

00:21:02

And you. But you know what? It's not cheap. You know what we're doing to put all this together?

00:21:05

If not.

00:21:07

This is something that we wanted to do because we want we want to take care of our clients, we want to take care of their concerns.

00:21:13

It is something that I think for the sustainability and long term nature that we're shooting for. I think it's, it's obviously all the we believe it's the right next step and that should be coming out very, very.

00:21:18

Sure.

00:21:25

Soon. We're fabulous. Well, as we speak, it's the 1st of August in 2023.

00:21:32

This is our first real kind of financial report about the real fund. I know a lot of people have been asking for it and what our our plan is to have something like this, whether it's in a newsletter or in a video. We're aiming at every quarter, so we can give you the feedback.

00:21:52

So you know what's going on as the the constituents as the stakeholders of real, we're so happy that you're part of it. We see a bright future ahead and you know we've had some of the big.

00:22:06

Checks we've ever had. We remember we started off with 20 Grand, 50 grand. We had a million and a half come in a month and a half ago. A million last week.

00:22:15

I think people, people are beginning to see the consistency and the the the, the progress of it all and and it's just it's vibrant.

00:22:24

Yeah.

00:22:26

Well, listen everyone, thank you for your time. We're so happy to to be serving you and making these opportunities available to you.

00:22:34

And just remember what our promises are to you is to keep more, make more and lift more.