# EXHIBIT E



**drs <drsalerno1@gmail.com>**

## Investments with Drive Planning
3 messages

**Angelo Sandone** <asandone@iwstrategies.com>                                    Thu, Oct 19, 2023 at 3:20 PM
To: "carlsonlogic@gmail.com" <carlsonlogic@gmail.com>, "drsalerno1@gmail.com" <drsalerno1@gmail.com>

Hey Chris,

Please see attached information regarding the R.E.A.L. and C.O.R.E. Opportunity investments. Please note on the attachment there is a link in the information that brings you to some more in-depth details. There is also a link below to a video describing the Funds and how they are managed. Let me know if you have any specific questions, I am happy to setup a time to review.

**REAL OPPORTUNITY FINANCIAL UPDATE_FINAL (1).mp4**

REAL Loan Application | Drive Planning (driveplanningintranet.com)

Just to give a brief overview:

R.E.A.L. Fund, this gives you a 10% Return on your money every 3 months 46.2% annually.

Example

$50,000 into REAL

10% Gain ($5,000) gain every 3 months.

46% Gain ($23,000) if rolled over for 1 year.

C.O.R.E. Fund, this option gives you a 14% return on your money annually. You can also invest for a 3 Year period and receive a 22% annual return.

Example

$50,000 1 Year = $7,0000

$50,000 3 Year = Annual return of $11,000 or $40,792 if compounded.

Best regards,

Angelo Sandone

Financial Consultant

Integrated Wealth Strategies

Visit us at www.IWStrategies.com

375 N Kings Highway

Cherry Hill, NJ 08034

Office: 856-354-6110

Cell: 609-509-3840

Fax: 856-210-0375

asandone@iwstrategies.com

Upload Files Here

 **OUR MOST POPULAR INVESTMENT OPPORTUNITIES (1).docx**
16K

---

**Chris Carlson** <carlsonlogic@gmail.com>                              Mon, Feb 10, 2025 at 7:55 PM
To: "D. Salerno" <drsalerno1@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Angelo Sandone <asandone@iwstrategies.com>
> **Date:** October 20, 2023 at 4:01:22 AM MST
> **To:** carlsonlogic@gmail.com, drsalerno1@gmail.com
> **Subject: Investments with Drive Planning**

[Quoted text hidden]

**REAL OPPORTUNITY FINANCIAL UPDATE_FINAL (1).mp4**

REAL Loan Application | Drive Planning (driveplanningintranet.com)

Just to give a brief overview:

R.E.A.L. Fund, this gives you a 10% Return on your money every 3 months 46.2% annually.

Example

$50,000 into REAL

10% Gain ($5,000) gain every 3 months.

46% Gain ($23,000) if rolled over for 1 year.

C.O.R.E. Fund, this option gives you a 14% return on your money annually. You can also invest for a 3 Year period and receive a 22% annual return.

Example

$50,000 1 Year = $7,0000

$50,000 3 Year = Annual return of $11,000 or $40,792 if compounded.

Best regards,

Angelo Sandone

Financial Consultant

Integrated Wealth Strategies

Visit us at www.IWStrategies.com

375 N Kings Highway

Cherry Hill, NJ 08034

Office: 856-354-6110

Cell: 609-509-3840

Fax: 856-210-0375

Case 1:25-cv-02118-VMC    Document 1-5    Filed 04/17/25    Page 5 of 5

asandone@iwstrategies.com

Upload Files Here

**2 attachments**

**image001.jpg**
1K


**OUR MOST POPULAR INVESTMENT OPPORTUNITIES (1).docx**
16K

---------- Forwarded message ---------
From: **Angelo Sandone** <asandone@iwstrategies.com>
Date: Fri, Oct 20, 2023 at 06:01
Subject: Investments with Drive Planning
[Quoted text hidden]
[Quoted text hidden]

**OUR MOST POPULAR INVESTMENT OPPORTUNITIES (1).docx**
16K