# EXHIBIT F



**drs <drsalerno1@gmail.com>**

## Re: New Website Contact Form
3 messages

**Member Services Team at Drive Planning** <memberservices@driveplanning.com>    Wed, Oct 18, 2023 at 3:19 PM

To: drsalerno1@gmail.com

Hi! Thanks for reaching out to our Member Services Team. Who is the Drive Planning Representative or Broker who assisted you with your application?

We'll have them get back with you ASAP to answer any questions. Thank you for your business.

*R. Todd Burkhalter*

**The Member Services Team at Drive Planning**

**Drive Planning**
8000 Avalon Blvd.
Alpharetta, Georgia 30009

   

On Oct 18, 2023, at 5:42 PM, Drive Planning Website <noreply@driveplanning.com> wrote:

Name

DR Salerno

**Phone**

(262) 442-9426

**Email**

drsalerno1@gmail.com

**Where are you located?**

Other

**Please select a topic**

Other

**Message**

Hello I recently signed up for an account for the Real program and have some questions. I called the 470 and left a message. Please call me back at 262-442-9426. Thanks.

---

**drsalerno1@gmail.com** <drsalerno1@gmail.com>          Tue, Oct 24, 2023 at 6:15 AM
To: Member Services Team at Drive Planning <memberservices@driveplanning.com>

Hello I wired $400,000 yesterday. Can you confirm if it was received? It was from Aries Legacy LLC. Can you send the agreement and whatever onboarding information.

Thanks

D.R. Salerno

On Oct 18, 2023, at 17:19, Member Services Team at Drive Planning <memberservices@driveplanning.com> wrote:

Hi! Thanks for reaching out to our Member Services Team. Who is the Drive Planning Representative or Broker who assisted you with your application?

We'll have them get back with you ASAP to answer any questions. Thank you for your business.



**The Member Services Team at Drive Planning**

**Drive Planning**
8000 Avalon Blvd.
Alpharetta, Georgia 30009

   

On Oct 18, 2023, at 5:42 PM, Drive Planning Website <noreply@driveplanning.com> wrote:

**Name**

DR Salerno

**Phone**

(262) 442-9426

**Email**

drsalerno1@gmail.com

**Where are you located?**

Other

**Please select a topic**

Other

**Message**

Hello I recently signed up for an account for the Real program and have some questions.
I called the 470 and left a message. Please call me back at 262-442-9426. Thanks.

---

**Member Services Team at Drive Planning** <memberservices@driveplanning.com>    Tue, Oct 24, 2023 at 6:20 AM
To: drsalerno1@gmail.com
Cc: Liz Mace <liz.mace@driveplanning.com>, Julie Edwards <julie.edwards@driveplanning.com>

Yes, it is confirmed that we received your wire. Your paperwork will follow shortly.

Please contact your Drive Planning Representative in the meantime if you have any additional questions.

Thank you for your business and trust!

**The Member Services Team at Drive Planning**

**Drive Planning**
8000 Avalon Blvd.
Alpharetta, Georgia 30009

   

On Oct 24, 2023, at 9:15 AM, drsalerno1@gmail.com wrote:

Hello I wired $400,000 yesterday. Can you confirm if it was received? It was from Aries Legacy LLC. Can you send the agreement and whatever onboarding information.

Thanks

D.R. Salerno

On Oct 18, 2023, at 17:19, Member Services Team at Drive Planning <memberservices@driveplanning.com> wrote:

Hi! Thanks for reaching out to our Member Services Team. Who is the Drive

Planning Representative or Broker who assisted you with your application?

We'll have them get back with you ASAP to answer any questions. Thank you for your business.

*R. Todd Burkhalter*

**The Member Services Team at Drive Planning**

**Drive Planning**
8000 Avalon Blvd.
Alpharetta, Georgia 30009

   

On Oct 18, 2023, at 5:42 PM, Drive Planning Website <noreply@driveplanning.com> wrote:

**Name**

DR Salerno

**Phone**

(262) 442-9426

**Email**

drsalerno1@gmail.com

**Where are you located?**

Other

**Please select a topic**

Other

**Message**

Case 1:25-cv-02118-VMC     Document 1-6     Filed 04/17/25     Page 7 of 7

Hello I recently signed up for an account for the Real program and have some questions. I called the 470 and left a message. Please call me back at 262-442-9426. Thanks.