# EXHIBIT G



**drs <drsalerno1@gmail.com>**

## Fwd: Chris, here are the links to the CORE and REAL
2 messages

**Chris Carlson** <carlsonlogic@gmail.com>　　　　　　　　　　　　　　　　Mon, Feb 10, 2025 at 7:55 PM
To: "D. Salerno" <drsalerno1@gmail.com>

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Joseph Maniaci <jmaniaci@iwstrategies.com>
>> **Date:** December 1, 2022 at 1:35:28 PM MST
>> **To:** David Bradford <david.bradford@driveplanning.com>, carlsonlogic@gmail.com
>> **Cc:** Todd Burkhalter <todd.burkhalter@driveplanning.com>
>> **Subject: Re: Chris, here are the links to the CORE and REAL**
>>
>>
>> Thanks for the time today. Chris, I hope the call was beneficial. Todd and David do an unbelievable job with these investments.
>>
>> When do you have time for follow up call with me?
>>
>> Thank you
>> Joe
>>
>>
>> Joseph C Maniaci Jr
>> Integrated Wealth Strategies
>> Managing Partner
>>
>> Visit us at **www.IWStrategies.com**
>>
>> 800 N Kings Highway
>> Suite 201
>> Cherry Hill, NJ 08034
>> Office: 856-354-6110
>> Cell: 856-261-1499
>> Fax: 856-210-0375
>> jmaniaci@iwstrategies.com
>> Upload Files Here





**From:** David Bradford <david.bradford@driveplanning.com>
**Sent:** Thursday, December 1, 2022 3:01 PM
**To:** carlsonlogic@gmail.com <carlsonlogic@gmail.com>
**Cc:** Todd Burkhalter <todd.burkhalter@driveplanning.com>; Joseph Maniaci <jmaniaci@iwstrategies.com>
**Subject:** Chris, here are the links to the CORE and REAL

Chris
I appreciate the time you took in covering the material on the real estate backed opportunities.  If you have any

questions on the product, procedures or even how to move things around (i.e. IRA, 401k, etc) to take advantage of these so your money isn't losing value please let me know.

PLEASE NOTE that when you fill these applications out (each takes about 2 minutes) be sure you put **Joe Maniaci** as your advisor/consultant.

REAL Opportunity- Loan App
https://tinyurl.com/REALLOAN
CORE Fund - Loan App https://tinyurl.com/COREapply

We are here to serve
David Bradford



**David Bradford**
Helping people realize their greatest financial dreams through coaching and innovative strategies
Financial Strategist - Drive Planning
Cell: (912) 247-2041

Want to earn 10% every 3 months? Find out about the R.E.A.L. Opportunity HERE

**MorewithDavid.com | DrivePlanning.com**

**Keep More, Make More, Live More**
Schedule a call or meeting now

Want to know your Financial GPS? **CLICK HERE**

**To stay connected and get helpful advice, follow me on:**
Facebook | Instagram | LinkedIn | Twitter

From Joe
[Quoted text hidden]