# EXHIBIT H



## Real Estate Acceleration Loan Document

Loan Amount: $ 400,000                     Date: Oct 24, 2023

Drive Planning, LLC (hereinafter called the 'COMPANY'), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy, LLC (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 400,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Jan 24, 2024. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*Todd Burkhalter*
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $75,100                                     Date: October 26, 2023

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd, Suite 100. Alpharetta, GA 30009, hereby promises to pay to IRAR Trust FBO Dean Ralph Salerno, 3603518 (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $75,100 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before January 26, 2024. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

*Todd Burkhalter*
Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 590,000                               Date: Jan 18, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY'), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy LLC (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 590,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Apr 24, 2024 . The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*Todd Burkhalter*
676F20EE85BC4B2...

**Todd Burkhalter CEO,**
**Drive Planning**



## Real Estate Acceleration Loan Document

Loan Amount: $ 100,000     Date: Feb 21, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy LLC (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 100,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before May 21, 2024 . The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*[signature]*
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 55,000          Date: Mar 1, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to ECRE1 LLC _____ (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 55,000 _____ in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Jun 1, 2024 _____. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*Todd Burkhalter signature*
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 245,000                                Date: Mar 7, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy LLC _____ (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 245,000 _____ in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before June 7, 2024 _____. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*Todd Burkhalter* (signature)
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 120,000        Date: Mar 21, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Huckleberry Glam Inc (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 120,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Jun 21, 2024 . The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*[signature: Todd Burkhalter]*
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 150,000     Date: Mar 25, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy LLC (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 150,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Jun 25, 2024 . The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*[signature]*
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 105,000     Date: Apr 18, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy LLC (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principal sum of $ 105,000 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Jul 18, 2024. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the investment evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning portfolio of properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

DocuSigned by:
*[signature: Todd Burkhalter]*
676F20EE85BC4B2...

Todd Burkhalter CEO,
Drive Planning



## Real Estate Acceleration Loan Document

Loan Amount: $ 369,500   Date: Jun 5, 2024

Drive Planning, LLC (hereinafter called the 'COMPANY'), having an address of 8000 Avalon Blvd. Alpharetta, GA 30009, hereby promises to pay to Aries Legacy LLC (hereinafter called the 'LENDER'), or any subsequent holder hereof, the principle sum of $ 369,500 in legal tender of the United States, with a return thereon as hereinafter set forth. Principal and return shall be payable at LENDER's address he/she does designate.

The principal balance owing hereunder shall bear a guaranteed return from and after the date hereof at the simple interest rate of 10% (Ten Percent). The principal balance owing hereunder, together with all accrued but unpaid return thereon shall be due and payable in full in a single balloon payment on or before Sep 7, 2024. The LENDER may wish for the entire or partial amount to remain for another 3 months compounding at the same or current rate for additional 3 month periods. A new note is not required for each new period.

In the event that all or any part of the loan evidenced hereby is collected by or through an attorney at law, Lender shall be entitled to recover all costs of collection, including attorney's fees.

This Note is to be secured by real property located in Drive Planning/The Burkhalter Companies Portfolio Properties. Upon payment in full of this note, Borrower shall have no further obligation to collateralize above mentioned property for security to Lender. In the event Borrower defaults, Lender may record the quitclaim deed and note and take possession of the property.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of the Company's rights to require strict compliance with all terms and conditions herein.
IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth. This promissory note reflects the additional loan of $100,000 received on May 31, 2024. The new loan balance is now $369,500. This promissory note supersedes all previously issued notes.

DocuSigned by:
*[signature]*
676F20EE85BC4B2...

Todd Burkhalter
CEO, Drive Planning