# EXHIBIT D

# THE DRIVE PLANNING

**P** ortfolio | **o** f | **R** eal | **E** state | **I** nvestments

**3/20/2023**

The REAL Opportunity not only has partners that we work with to offer bridge loans and profit sharing in their real estate deals, but also has the full support of the assets of Drive Planning's own Portfolio of Real Estate Investments.

In addition to this, Drive Planning - as the custodian and manager of the REAL Opportunity - keeps millions of dollars in cash for future opportunities and to insure over 50% of the promissory notes for any given year.

Below is an up to date list of the collateral that Drive Planning has secured to insure the REAL notes in addition to that made by our partner The Embry Group.

| | | | |
|---|---|---|---|
| 1061 Hardscrabble Rd<br>Mineral Bluff, Ga 30559<br>**$4,000,000** | 330 E. 2nd St.<br>Blue Ridge, Ga 30513<br>**$900,000** | 308 E. Alden St.<br>Valdosta, Ga<br>**$290,000** | The Gemsbok<br>632 Cherry Lake Dr.<br>Blue Ridge, GA 30513<br>**Sold $432,000**<br>*135% Return in 18 months* |
| 226 Golden Nugget Dr.<br>Blairesville, Ga<br>CURRENTLY LISTED TO SELL<br>**$140,000**<br>*51% increase in 11 months* | 1147 Piney Rd. Mineral Bluff, Ga 30559 60 acres<br>*Development appraisal*<br>**$4,000,000** | 1019 Hardscrabble Rd.<br>39.5 Acres plus structure<br>*Development appraisal*<br>**$5,500,000** | Gulf Port Development<br>*Drive Gulfport Properties, LLC*<br>**4,000,000** |
| *Drive Montana Properties, LLC*<br>*Asset Value*<br>**$1,950,000** | **Drive Planning, LLC**<br>*Assets*<br>**$15m** | *The Burkhalter Ranch, LLC*<br>*Drive Gulfport Properties, LLC*<br>**6,500,000** | *TBR Supply House, LLC*<br>*Staurolite Barn, LLC*<br>*Drive Real Estate, LLC* |
| Coles Crossing<br>**850,000** | St. Petersburg-Bliss<br>**2,800,000** | 10075 Blue Ridge Drive<br>Blue Ridge, GA 30513<br>**2,000,000** | 116th Ave<br>Fishers, IN<br>**5,000,000** |
| 270 Madola Rd.<br>Blue Ridge, GA 30513<br>**475,000** | The Preserve at Conley Creek<br>**$15,150,000** | One Building<br>100 1ST AVE N, #3104, ST PETERSBURG, FL 33701<br>**2,700,000** | Tower Rd.<br>Mineral Bluff, Ga<br>**$9,000,000** |
| Piney Rd.<br>Mineral Bluff, Ga<br>28 acres.<br>**5,000,000** | Doc Roof Rd.<br>Blue Ridge, Ga<br>48 acres<br>**4,000,000** | 801 South Atlanta St.<br>Atlanta, Ga 30075<br>**$3,000,000** | **SUBTOTAL**<br>**$98,255,000** |