# EXHIBIT I



**drs <drsalerno1@gmail.com>**

---

### Request Full Distribution Aries Legacy / Salerno

**Mary Cagle** <mary.cagle@driveplanning.com>                                Fri, Jun 14, 2024 at 10:45 AM
To: drs <drsalerno1@gmail.com>
Cc: "julie.edwards@driveplanning.com" <julie.edwards@driveplanning.com>, Joseph Maniaci <jmaniaci@iwstrategies.com>, Angelo Sandone <asandone@iwstrategies.com>

Good afternoon Dean,

Thank you for reaching out!

Drive Planning is operating as NORMAL and will be abiding by normal practices and rules. For any REAL notes maturing from 6/20 to 7/14 we are able to send/resend you a DocuSign form to fill out if you need to change your election. However, if you have a note that has already matured or is maturing in August, September, etc then you will have to wait to make changes until your DocuSign form is sent 30 days prior to maturity. This is how we manage such a large number of renewals and stay organized.

The only note I am able to help you with is your note #4 (Aries Legacy #4) because it's maturing on 6/24/2024. (please check your email, you should've received the docusign already to make a decision on this note).

| | | | | | |
|---|---|---|---|---|---|
| **Aries Legacy LLC #4**<br>(Dean Ralph Salerno ) | 3/21/24 | | $150,000.00 | 3/25/24 | **Next maturity date:**<br>**06-25-2024** |
| | | 150,000/<br>165,000 | $15,000.00 | interest | |

Please see below for a statement about all your notes and their maturity dates

| | | | | | |
|---|---|---|---|---|---|
| Dean Ralph Salerno | 10/26/23 | | $75,100.00 | 11/8/23 | 02-08-2024 |
| | 02-08-2024 | 75,100/<br>82,610 | $7,510.00 | interest | 05-08-2024 |
| | 05-08-2024 | 82,610/<br>90,871 | $8,261.00 | interest | **Next maturity date:**<br>**08-08-2024** |

| | | | | | |
|---|---|---|---|---|---|
| Aries Legacy LLC<br>(Dean Ralph Salerno) | 10/18/23 | | $400,000.00 | 10/24/23 | 01-24-2024 |
| | 01-24-2024 | 400,000/<br>440,000 | $40,000.00 | interest | |
| | 1/18/24 | | $150,000.00 | add to note - new note created | 04-24-2024 |
| | 04-24-2024 | 590,000/<br>649,000 | $59,000.00 | interest | **Next maturity date:**<br>**07-24-2024** |

| | | | | | |
|---|---|---|---|---|---|
| Aries Legacy LLC #2<br>(Dean Ralph Salerno) | 2/20/24 | | $100,000.00 | 2/21/24 | 05-21-2024 |
| | 05-21-2024 | 100,000/<br>110,000 | $10,000.00 | interest | **Next maturity date:**<br>**08-21-2024** |

| | | | | | |
|---|---|---|---|---|---|
| Aries Legacy LLC #3<br>(Dean Ralph Salerno) | 3/6/24 | | $245,000.00 | 3/7/24 | 06-07-2024 |
| | 06-07-2024 | 245,000/<br>269,500 | $24,500.00 | interest | |
| | 5/31/24 | | $100,000.00 | add to loan - new note created | **Next maturity date:**<br>**09-07-2024** |

| | | | | | |
|---|---|---|---|---|---|
| Aries Legacy LLC #5<br>(Dean Ralph Salerno) | 4/16/24 | | $105,000.00 | 4/18/24 | **Next maturity date:**<br>**07-18-2024** |

Thank you for being a valuable client,
Mary

[Quoted text hidden]
--
Thank you,
**Mary Cagle**
**Investments Support**
**Docusigns renewals & outgoing wires**
**Drive Planning**
*www.driveplanning.com*

**MOST COMMON ANSWERS:**
1. Maturity date is the second date on the right side of the Docusign.
2. If your maturity date is on a weekend you will receive funds the next following date.
3. Wires are handled by a Drive planning manager only.
4. If the date of your maturity date doesn't exist on the calendar, the date will be changed for the following date.
5. We do not deduct funds from your baking account. Please contact your advisor for more.

Case 1:25-cv-02118-VMC    Document 18-9    Filed 06/05/25    Page 3 of 3



**drs <drsalerno1@gmail.com>**

## Request Full Distribution Aries Legacy / Salerno

**Mary Cagle** <mary.cagle@driveplanning.com>　　　　　　　　　　　Tue, Jul 23, 2024 at 10:40 AM
To: drsalerno1@gmail.com
Cc: julie.edwards@driveplanning.com, Joseph Maniaci <jmaniaci@iwstrategies.com>, Angelo Sandone <asandone@iwstrategies.com>, todd.burkhalter@driveplanning.com

We appreciate your patience as we work diligently to finalize the processing of your payment. Due to unforeseen circumstances, there has been a delay in disbursing funds. Rest assured, we are actively addressing this issue and are committed to ensuring that you receive your funds as soon as possible. We will continue to keep you informed of any developments and sincerely apologize for any inconvenience this may cause.

Unfortunately we do not have a timeline as of yet. The SEC is auditing both Core and Real. They've asked us to make no payouts during this time.

Sorry for the delay and inconvenience.