## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually, | ) ) ) ) |
| Defendants. | ) ) |

Case No: 1:25-cv-02118-VMC

## **NOTICE OF APPEARANCE**

Justin K. Victor, with the law firm of Greenberg Traurig, LLP, hereby files this Notice of Appearance on behalf of Defendants Integrated Wealth Strategies, LLC and Joseph C. Maniaci, Jr.

Respectfully submitted, this 18th day of July 2025.

>  */s/ Justin K. Victor*
>  Justin K. Victor
>  Georgia Bar No. 105516
>  victorj@gtlaw.com

2

**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100
F: (678) 553-2212

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that I prepared the foregoing **NOTICE OF APPEARANCE** in Times New Roman, 14-point font in accordance with L.R. 5.1(C).  Further, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian Pastor
bpastor@sonnlaw.com

Jeffrey R. Sonn
jsonn@sonnlaw.com

Ross M. Good
ross@thegoodlawgroup.com

Shawn M. Good
info@thegoodlawgroup.com

DATED: July 18, 2025

                                              */s/ Justin K. Victor*
                                              Justin K. Victor
                                              Georgia Bar No. 105516