UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually,<br><br>    Defendants. | Case No: 1:25-cv-02118-VMC |

**MOTION FOR LEAVE TO FILE TWO MOTIONS DIRECTED AT THE PLAINTIFFS' AMENDED COMPLAINT, AND TO FILE EXCESS PAGES**

Defendants Integrated Wealth Strategies, LLC ("IWS") and Joseph C. Maniaci, Jr. ("Defendants") respectfully move the Court, (1) pursuant to paragraph III.m. of the Court's Standing Order, for leave to submit two motions directed at the Amended Class Action Complaint; and, (2) pursuant to paragraph III.r., of the Standing Order, to file a brief in support of the second motion that is 15 pages in excess of the twenty-five (25) page limitation embodied in L. Civ. R. 7.1(D), for a total of 40 pages on that brief. There is good cause to grant this motion.

Plaintiffs filed the Complaint in this putative securities class action on April 17, 2025, and filed the amended complaint on June 5, 2025, asserting six separate causes of action alleging violations of federal and state securities laws, and common law torts. Defendants' deadline to respond to the Amended Complaint is August 4, 2025. Defendants' counsel asked Plaintiffs' counsel whether they would consent to this request via email on July 8, 2025. Plaintiffs have not responded to date.

Defendants intend to challenge the Amended Complaint on two independent but related grounds:

*First*, defendants propose to move to dismiss or stay this matter because it was filed and maintained in violation of the August 13, 2025, receivership order entered in *S.E.C. v. Drive Planning, LLC, et al.*, No. 1:24-cv-03583, Docket Entry ("D.E.") 10 (the "Receivership Order"), which enjoins and stays all actions involving Drive Planning, Drive Planning's assets/property, and Drive Planning's former agents; and for failure to join indispensable parties. Defendants will argue that no relief from the Receivership Order's injunction and stay provisions is warranted, in part, due to the lack of "merit of the moving party's underlying claim." *S.E.C. v. Wencke*, 742 F.2d 1230, 1231 (9th Cir. 1984) (setting forth the factors considered for relief from a receivership stay). Defendants' second proposed dismissal motion will assist the Court in consideration of that factor; however, if the Court grants Defendants' first motion based on the Receivership Order, it need not rule on the second motion at

this time. The brief filed in support of the first motion will be within the page limit set forth in L. Civ. R. 7.1(D).

*Second*, defendants propose to move to dismiss this matter, pursuant to Fed. R. Civ. P. 12(b)(6), because all six of Plaintiffs' causes of action are legally deficient, untimely or both; and, pursuant to Fed. R. Civ. P. 12(b)(1), for lack of standing. Addressing all the infirmities in each of Plaintiffs' six complex causes of action makes it difficult to adequately respond to the Amended Complaint within the prescribed page limitation. A 15-page expansion of the twenty-five (25) page limit embodied in L. Civ. R. 7.1(D), will be sufficient to adequately brief the second motion to dismiss.

For these reasons, Defendants respectfully request that the Court grant them leave to: (1) submit two motions directed at the Amended Class Action Complaint; and, (2) file a brief in support of the second motion that is 15 pages in excess of the twenty-five (25) page limitation embodied in L. Civ. R. 7.1(D), for a total of 40 pages on that brief.  For the Court's convenience, a proposed Order is filed contemporaneously herewith.

Respectfully submitted, this 18th day of July 2025.

        */s/ Justin K. Victor*
        Justin K. Victor
        Georgia Bar No. 105516
        victorj@gtlaw.com

**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100
F: (678) 553-2212

Eric W. Moran
Pro Hac Vice forthcoming
eric.moran@gtlaw.com
Daniel F. Carola
Pro Hac Vice forthcoming
daniel.carola@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900
F: (973) 301-8410

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that I prepared the foregoing **MOTION FOR LEAVE TO FILE TWO MOTIONS DIRECTED AT THE PLAINTIFFS' AMENDED COMPLAINT, AND TO FILE EXCESS PAGES** in Times New Roman, 14-point font in accordance with L.R. 5.1(C).  Further, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian Pastor
bpastor@sonnlaw.com

Jeffrey R. Sonn
jsonn@sonnlaw.com

Ross M. Good
ross@thegoodlawgroup.com

Shawn M. Good
info@thegoodlawgroup.com

DATED: July 18, 2025

*/s/ Justin K. Victor*
Justin K. Victor
Georgia Bar No. 105516