UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually,<br><br>　　　　Defendants. | Case No: 1:25-cv-02118-VMC |

**[PROPOSED] ORDER**

This matter is before the Court on motion by defendants Integrated Wealth Strategies, LLC ("IWS") and Joseph C. Maniaci, Jr. ("Defendants") for Leave to File Two Motions Directed at the Plaintiff's Amended Complaint and to File Excess Pages. Upon Consideration, and for good cause shown, the Court hereby GRANTS Defendants motion, and leave is hereby granted to Defendants to, within ten (10) days of the date of this Order: (1) file two motions directed at the Amended Class Action Complaint; and (2) file a brief in support of the second motion that is 15

pages in excess of the twenty-five (25) page limitation embodied in L. Civ. R. 7.1(D), for a total of not more than 40 pages on that brief.

    SO ORDERED this \_\_\_\_\_ day of _____, 2025.

_____
Victoria M. Calvert
United States District Judge