UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually,<br><br>    Defendants. | Case No: 1:25-cv-02118-VMC |

**DEFENDANTS' MOTION TO DISMISS THIS ACTION PURSUANT TO THE COURT'S AUGUST 13, 2024 ORDER AND <u>FED. R. CIV. P. 12(b)(1), 12(b)(6), AND 12(b)(7)</u>**

Defendants Integrated Wealth Strategies LLC ("IWS") and Joseph C. Maniaci, Jr. ("Maniaci", together with IWS "Defendants") hereby move to dismiss the Amended Class Action Complaint or stay the Action, pursuant to the Court's August 13, 2024 Receivership Order (the "Receivership Order"), and to dismiss the Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7).

In support of this Motion, Defendants have filed an accompanying Brief setting forth the grounds to dismiss the Amended Class Action Complaint or Stay the Action, including the following: Pursuant to the Receivership Order, this Action should be dismissed as an ancillary proceeding or, in the alternative, stayed as several courts have similarly done nationwide. Dismissal also is warranted for failure to join indispensable parties, whose joinder is infeasible, because it is prohibited by the Receivership Order, causing prejudice. Plaintiffs' Section 12(a)(2) claim (Count I) fails to allege misrepresentations and omissions in or directly related to a prospectus. Plaintiffs' Section 12(a)(1) claim (Count II) should be dismissed as untimely. Plaintiffs also lack standing to bring their Section 12 claims because Defendants are not "statutory sellers," and the individual Plaintiffs never "purchased" the alleged securities. If the Court dismisses Plaintiffs' Section 12 claims, it should also dismiss their remaining state law claims (Counts III–VI) for lack of subject matter jurisdiction; however, those claims fail for additional reasons. Plaintiffs' claims under the New Jersey Uniform Securities Law (Count III) should be dismissed as Plaintiffs inadequately plead scienter, privity, or that Defendants are "sellers." Plaintiffs' claims for "Professional Negligence/Negligent Misrepresentation" (Count IV) and Breach of Fiduciary Duty (Count V) should be dismissed for failure to plausibly allege either a duty or breach by Defendants. Plaintiffs also have failed to plausibly allege a claim for unjust enrichment (Count

VI)[1] for a variety of reasons set forth in the Brief. In all events, Plaintiffs' common law tort claims against Maniaci in his individual capacity must be dismissed pursuant to New Jersey's "participation theory."

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Dismiss the Amended Class Action Complaint or Stay the Action pursuant to the Court's August 13, 2024 Receivership Order; and Motion to Dismiss the Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7).

Respectfully submitted, this 4th day of August 2025.

/s/ Justin K. Victor
Justin K. Victor
Georgia Bar No. 105516
VictorJ@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100

Eric W. Moran
*Pro Hac Vice forthcoming*
Eric.Moran@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

---

[1] Plaintiffs' unjust enrichment claim is misnumbered in the Amended Complaint as "Count VIII," instead of "Count VI." This Motion refers to the unjust enrichment claim as "Count VI."

Justin M. Schettino
*Pro Hac Vice forthcoming*
Justin.Schettino@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

*Attorneys for Defendants
Integrated Wealth Strategies, LLC
and Joseph C. Maniaci, Jr.*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that I prepared the foregoing **DEFENDANTS' MOTION TO DISMISS THIS ACTION PURSUANT TO THE COURT'S AUGUST 13, 2024 ORDER AND FED. R. CIV. P. 12(b)(1), 12(b)(6), AND 12(b)(7)** in Times New Roman, 14-point font in accordance with L.R. 5.1(C). Further, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian Pastor
bpastor@sonnlaw.com


Jeffrey R. Sonn
jsonn@sonnlaw.com


Ross M. Good
ross@thegoodlawgroup.com


Shawn M. Good
info@thegoodlawgroup.com

 DATED: August 4, 2025

>*/s/ Justin K. Victor*
>Justin K. Victor
>Georgia Bar No. 105516

5