UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually,<br><br>    Defendants. | Case No: 1:25-cv-02118-VMC |

**DECLARATION OF ERIC W. MORAN, ESQ.**

I, Eric W. Moran, hereby declare and state as follows:

1.    I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I could competently testify to these facts.

2.    I make this Declaration in support of Defendants Integrated Wealth Strategies, LLC and Joseph C. Maniaci, Jr.'s Motion to Dismiss the Amended Class Action Complaint or Stay the Action Pursuant to the Court's August 13, 2024 Receivership Order and Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7).

3. Attached hereto as Exhibit A is a true and accurate copy of the August 13, 2024, order appointing a receiver entered by the Court in the matter *S.E.C. v. Drive Planning, LLC, et al.*, No. 1:24-cv-03583 (N.D. Ga.), under docket entry number 10.

4. Attached hereto as Exhibit B is a true and accurate copy of relevant portions of the April 30, 2025 Third Status Report to the Court entered by the Receiver in *S.E.C. v. Drive Planning, LLC, et al.*, No. 1:24-cv-03583 (N.D. Ga.), under docket entry number 108.

5. Attached hereto as Exhibit C is a true and accurate copy of relevant portions of the July 30, 2025 Fourth Status Report to the Court entered by the Receiver in *S.E.C. v. Drive Planning, LLC, et al.*, No. 1:24-cv-03583 (N.D. Ga.), under docket entry number 220.

6. Attached hereto as Exhibit D is a true and accurate copy of the July 1, 2025 demand letter from counsel for the Receiver to Integrated Wealth Strategies, LLC.

7. Attached hereto as Exhibit E is a true and accurate copy of the August 13, 2024, Declaration of Christian Carlson filed in the matter *S.E.C. v. Drive Planning, LLC, et al.*, No. 1:24-cv-03583 (N.D. Ga.), under docket entry number 2-9.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of August, 2025.

                                       */s/ Eric W. Moran*
                                       Eric W. Moran

                                       Justin K. Victor
Georgia Bar No. 105516
VictorJ@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100

Eric W. Moran
*Pro Hac Vice forthcoming*
Eric.Moran@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

Justin M. Schettino
*Pro Hac Vice forthcoming*
Justin.Schettino@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

*Attorneys for Defendants
Integrated Wealth Strategies, LLC
and Joseph C. Maniaci, Jr.*