UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually,

Defendants.

Case No: 1:25-cv-02118-VMC

**EXPEDITED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendants Integrated Wealth Strategies, LLC and Joseph C. Maniaci, Jr. (collectively, "Defendants") respectfully move the Court pursuant to paragraph III.r., of the Standing Order, to file a reply brief in support of the pending Motion to Dismiss or Stay (D.E. 23) that is five (5) pages in excess of the fifteen (15) page limitation embodied in L. Civ. R. 7.1(D), for a total of twenty (20) pages. There is good cause to grant this motion.

By way of background, on July 18, 2025, Defendants filed a Motion for Leave requesting leave to file two motions directed at the Amended Class Action

Complaint, and for a 15-page limit expansion for one of the briefs. (D.E. 21.) Plaintiffs opposed that motion, consenting only to having one motion filed with a 10-page page limit expansion. (D.E. 22 at 2 n.1.) On August 4, 2025, Defendants' deadline to respond to the Amended Complaint, Defendants filed one motion to dismiss that conformed to Plaintiffs' consent, including a single brief that was 35 pages in length. (D.E. 23.) On August 7, 2025, the Court granted (*nunc pro tunc*) Defendants' original Motion for Leave, and further granted Plaintiffs leave "to file a response brief that does not exceed 40 pages." (*See* The Court's August 7, 2025 text order.) Counsel for Defendants and Plaintiffs thereafter conferred regarding the page requirements and agreed that Defendants would file a brief in opposition that would be a maximum of thirty-five (35) pages, aligning with Defendants' already-filed brief in support of the pending Motion. Accordingly, on August 18, 2025, Plaintiffs filed a brief in opposition to Defendants' motion to dismiss that was within 35 pages in length (thirty-two (32) pages). (D.E. 29.)

Defendants now respectfully request that the Court grant them leave to file a reply brief in support of the pending Motion to Dismiss or Stay (D.E. 23) that is five (5) pages in excess of the fifteen (15) page limitation embodied in L. Civ. R. 7.1(D), for a total of twenty (20) pages. Counsel for Plaintiffs consents to this request. Defendants believe that this page limit expansion is fair and equitable under the circumstances and is necessary to address the numerous issues addressed in

Plaintiffs' opposition brief that pertain to their six separate causes of action asserted.

For the Court's convenience, a proposed Order is filed contemporaneously herewith.

Respectfully submitted, this 20th day of August 2025.

*/s/ Eric W. Moran*
Eric W. Moran (*Pro Hac Vice*)
Eric.Moran@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
T: (973) 360-7900

Justin K. Victor
Georgia Bar No. 105516
VictorJ@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100

Justin M. Schettino (*Pro Hac Vice*)
Justin.Schettino@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
T: (973) 360-7900

*Attorneys for Defendants*
*Integrated Wealth Strategies, LLC*
*and Joseph C. Maniaci, Jr.*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that I prepared the foregoing **EXPEDITED MOTION FOR LEAVE TO FILE EXCESS PAGES** in Times New Roman, 14-point font in accordance with L.R. 5.1(C). Further, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian Pastor
bpastor@sonnlaw.com

Jeffrey R. Sonn
jsonn@sonnlaw.com

Ross M. Good
ross@thegoodlawgroup.com

Shawn M. Good
info@thegoodlawgroup.com

DATED: August 20, 2025

*/s/ Eric W. Moran*
Eric W. Moran