## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ARIES LEGACY, LLC, Delaware )
corporation, CHRISTIAN CARLSON, )
DEAN RALPH SALERNO, ECRE1 LLC, )
an Arizona corporation, HUCKLEBERRY )
GLAM, INC., an Arizona corporation, )      Case No: 1:25-cv-02118-VMC
individually and on behalf of all others )
similarly situated, )
                        )
      Plaintiffs, )
                        )
      v. )
                        )
INTEGRATED WEALTH STRATEGIES, )
LLC., a New Jersey Corporation, and )
JOSEPH C. MANIACI, JR., individually, )
                        )
      Defendants. )
_____ )

## ORDER

This matter is before the Court on expedited motion by defendants Integrated

Wealth Strategies, LLC and Joseph C. Maniaci, Jr. (collectively, "Defendants") for

Leave to File Excess Pages. Counsel for Plaintiffs consents to the relief requested

herein. Upon Consideration, and for good cause shown, the Court hereby GRANTS

Defendants' motion, and leave is hereby granted to Defendants to file a reply brief

in support of the pending Motion to Dismiss or Stay (D.E. 23) that is five (5) pages

in excess of the fifteen (15) page limitation embodied in L. Civ. R. 7.1(D), for a total

of not more than twenty (20) pages.

SO ORDERED this __25th__ day of August 2025.

Victoria M. Calvert
United States District Judge