**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ARIES LEGACY, LLC, a Delaware
corporation, CHRISTIAN CARLSON, DEAN
RALPH SALERNO, ECRE1 LLC,
an Arizona corporation, HUCKLEBERRY          Case No: 1:25-cv-02118-VMC
GLAM, INC., an Arizona corporation,
individually and on behalf of
all others similarly situated,

Plaintiffs,

v.

INTEGRATED WEALTH STRATEGIES, LLC.,
a New Jersey Corporation, and JOSEPH C.
MANIACI, JR., individually,

Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND FOR ALL
OTHER JUST AND PROPER RELIEF**

Plaintiffs ARIES LEGACY, LLC, CHRISTIAN CARLSON, DEAN RALPH SALERNO,

HUCKLEBERRY GLAM, INC., ECRE1, LLC, individually and on behalf of all others similarly situated,

by and through their undersigned attorneys, respectfully requests an extension of time—through and

including May 7, 2026—to file their Second Amended Class Action Complaint.  In support of this

request, Plaintiff states as follows:

1.      On June 5, 2025, Plaintiff filed his Class Action Complaint alleging, inter alia,

violations of Federal and New Jersey securities laws arising from Defendants' sale of

unregistered Drive Planning promissory-note investments. (ECF No. 18).

2.      On August 4, 2025, Defendants filed their Motion to Dismiss pursuant to Fed. R.

Civ. P. 12(b)(6). (ECF No. 23).

1

3.    This Court issued its Order Granting and Part and Denying in Part said Motion to Dismiss on March 23, 2026. This Court gave leave to amend for two weeks.

4.    The Parties agree to discuss the status of the case and whether proceeding is the Parties' best interests.

5.    Under N.D. Ga. L.R. 7.1(B), Plaintiff's response is presently due April 8, 2026.

6.    On April 7, 2026, Plaintiffs' counsel conferred via ZOOM with Defendants' counsel regarding the relief sought herein. Defendants support the requested extension.

7.    This is Plaintiff's first request for an extension of any deadline in this case. Granting the requested relief will not prejudice any party and will not affect any other deadlines, as none have been set.

8.    Good cause therefore exists under Fed. R. Civ. P. 6(b)(1)(A) to extend the response deadline to May 7, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter the proposed Order, filed contemporaneously herewith as Exhibit A, extending Plaintiff's deadline to file their Second Amended Complaint through and including May 7, 2026, and granting such further relief as the Court deems just and proper.

Respectfully Submitted,

/s/Ross M. Good
Ross M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Ste 814
Palatine, IL 60074
 Ph: (847) 577-4476
Fax: (800) 709-1179
(IL Bar No. 6312917;
FL Bar No. 0116405)
Ross@thegoodlawgroup.com

2

Brian B. Pastor, Esq.
Sonn Law Group
PA 3455 Peachtree Rd NE, Ste. 500
Atlanta, GA 30326
Tel: 305-912-3000 Ext. 538
Fax: 404-738-1505
GA Bar No. 565860
E-Mail: BPastor@SonnLaw.com

Shawn M. Good, Esq.
The Good Law Group
800 E. Northwest Hwy, Ste 814
Palatine, IL 60074
 Ph: (847) 577-4476
Fax: (800) 709-1179
(IL Bar No. 632932)
Shawn@thegoodlawgroup.com

Jeffrey Sonn, Esq.
Sonn Law Group PA
19495 Biscayne Blvd, Suite 607
Aventura, Fl 33180
Tel 305-912-3000
Fax 786-485-1501
FL Bar No. 773514
Jsonn@Sonnlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing Plaintiff's Motion for Extension of Time using the Court's CM/ECF system, which will automatically send notice to all counsel of record.

 /s/ Ross Good

Ross Good

4