# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ARIES LEGACY, LLC, a Delaware
corporation, CHRISTIAN CARLSON, DEAN
RALPH SALERNO, ECRE1 LLC,
an Arizona corporation, HUCKLEBERRY                    Case No: 1:25-cv-02118-VMC
GLAM, INC., an Arizona corporation,
individually and on behalf of
all others similarly situated,

Plaintiffs,

v.

INTEGRATED WEALTH STRATEGIES, LLC.,
a New Jersey Corporation, and JOSEPH C.
MANIACI, JR., individually,

Defendants.

**EXHIBIT A**

**[PROPOSED] ORDER**

For good cause shown, Plaintiffs' Unopposed Motion for Extension of Time is
GRANTED.  Plaintiffs shall file their Second Amended Class Action Complaint no later than
May 7, 2026.

SO ORDERED this ____ day of _____ 2026.


_____
Hon. Victoria M. Calvert
United States District Judge