**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ARIES LEGACY, LLC, a Delaware
corporation, CHRISTIAN CARLSON, DEAN
RALPH SALERNO, ECRE1 LLC,
an Arizona corporation, HUCKLEBERRY            Case No: 1:25-cv-02118-VMC
GLAM, INC., an Arizona corporation,
individually and on behalf of
all others similarly situated,

Plaintiffs,

v.

INTEGRATED WEALTH STRATEGIES, LLC.,
a New Jersey Corporation, and JOSEPH C.
MANIACI, JR., individually,

Defendants.

## ORDER

For good cause shown, Plaintiffs' Unopposed Motion for Extension of Time is GRANTED.  Plaintiffs shall file their Second Amended Class Action Complaint no later than May 7, 2026.

SO ORDERED this 7th day of April 2026.

_____

Hon. Victoria M. Calvert
United States District Judge