# EXHIBIT A



**drs <drsalerno1@gmail.com>**

## Investments with Drive Planning
3 messages

**Angelo Sandone** <asandone@iwstrategies.com>          Thu, Oct 19, 2023 at 3:20 PM
To: "carlsonlogic@gmail.com" <carlsonlogic@gmail.com>, "drsalerno1@gmail.com" <drsalerno1@gmail.com>

Hey Chris,

Please see attached information regarding the R.E.A.L. and C.O.R.E. Opportunity investments. Please note on the attachment there is a link in the information that brings you to some more in-depth details. There is also a link below to a video describing the Funds and how they are managed. Let me know if you have any specific questions, I am happy to setup a time to review.

**REAL OPPORTUNITY FINANCIAL UPDATE_FINAL (1).mp4**

REAL Loan Application | Drive Planning (driveplanningintranet.com)

Just to give a brief overview:

R.E.A.L. Fund, this gives you a 10% Return on your money every 3 months 46.2% annually.

Example

$50,000 into REAL

10% Gain ($5,000) gain every 3 months.

46% Gain ($23,000) if rolled over for 1 year.

C.O.R.E. Fund, this option gives you a 14% return on your money annually. You can also invest for a 3 Year period and receive a 22% annual return.

Example

$50,000 1 Year = $7,0000

$50,000 3 Year = Annual return of $11,000 or $40,792 if compounded.

Best regards,

Angelo Sandone

Financial Consultant

Integrated Wealth Strategies

Visit us at www.IWStrategies.com

375 N Kings Highway

Cherry Hill, NJ 08034

Office: 856-354-6110

Cell: 609-509-3840

Fax: 856-210-0375

asandone@iwstrategies.com

Upload Files Here

 **OUR MOST POPULAR INVESTMENT OPPORTUNITIES (1).docx**
16K

---

**Chris Carlson** <carlsonlogic@gmail.com>                          Mon, Feb 10, 2025 at 7:55 PM
To: "D. Salerno" <drsalerno1@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Angelo Sandone <asandone@iwstrategies.com>
> **Date:** October 20, 2023 at 4:01:22 AM MST
> **To:** carlsonlogic@gmail.com, drsalerno1@gmail.com
> **Subject: Investments with Drive Planning**

[Quoted text hidden]

**REAL OPPORTUNITY FINANCIAL UPDATE_FINAL (1).mp4**

REAL Loan Application | Drive Planning (driveplanningintranet.com)

Just to give a brief overview:

R.E.A.L. Fund, this gives you a 10% Return on your money every 3 months 46.2% annually.

Example

$50,000 into REAL

10% Gain ($5,000) gain every 3 months.

46% Gain ($23,000) if rolled over for 1 year.

C.O.R.E. Fund, this option gives you a 14% return on your money annually. You can also invest for a 3 Year period and receive a 22% annual return.

Example

$50,000 1 Year = $7,0000

$50,000 3 Year = Annual return of $11,000 or $40,792 if compounded.

Best regards,

Angelo Sandone

Financial Consultant

Integrated Wealth Strategies

Visit us at www.IWStrategies.com

375 N Kings Highway

Cherry Hill, NJ 08034

Office: 856-354-6110

Cell: 609-509-3840

Fax: 856-210-0375

asandone@iwstrategies.com

Upload Files Here

---

**2 attachments**

**image001.jpg**
1K

 **OUR MOST POPULAR INVESTMENT OPPORTUNITIES (1).docx**
16K

---

---------- Forwarded message ---------
From: **Angelo Sandone** <asandone@iwstrategies.com>
Date: Fri, Oct 20, 2023 at 06:01
Subject: Investments with Drive Planning
[Quoted text hidden]
[Quoted text hidden]

---

 **OUR MOST POPULAR INVESTMENT OPPORTUNITIES (1).docx**
16K

Below are links and information you can use to get familiar with the contractual opportunities your clients can take advantage of to grow their wealth passively.

I remind my real estate investor clients that some of them can beat the rate of returns here offered by some of these HOWEVER they have to do so ACTIVELY and with a lot of time spent dealing with realtors, attorneys, closings, wires, general contractors and much much more.

The opportunities below are not speculative but contractual, not high risk but significantly low in risk -- they all have some form of substantial real estate backing them up.  Below are the opportunities I would most enthusiastically recommend.

1. The REAL Opportunity - this is a mezzanine loan that puts your money (a loan) into a line of credit with others to help our real estate development partner fund new developments or wrap up existing developments mostly in the greater Atlanta area. More recently also in North Georgia, Indianapolis & the Tampa area.
   1. LENGTH OF TIME: 90 days
   2. PROMISED RETURN: 10%
   3. OTHER: At the end of 90 days you can elect to roll over your money and interest to compound another 90 day cycle, take a portion of it out and let the rest roll over, or cash out completely. The collateral for your loan is free and clear property worth 64M along with $22m in cash.
   4. CLICK HERE for more information
2. The CORE Fund - - this is an investment to our partner who has successfully built a significant track record building wealth by investing in tax liens, most of them in the Southeast.  Your investment is used by our partner to purchase tax liens -- those liens are your safety, your collateral.
   1. LENGTH OF TIME: 3 years
   2. PROMISED RETURN: 10% paid out every 6 months OR 22% paid out every 12 months (for a total of 36 months)
   3. CLICK HERE for more information
   4. We've added another opportunity called CORE 12. It's in the same fund but for only 12 months. It pays 14%.
3. The WELLS REAL ESTATE INVESTMENT - this is a mezzanine loan similar to the REAL but at a much larger scale -- there are a number of different pay outs depending on how long you keep your money in the fund. CLICK HERE to see the presentation (about 30 minutes). CLICK HERE for more information.  What I like most about this opportunity is that the 36 month investment doubles your money.  That's over a 30% return every year!

- FOR MORE INFORMATION HERE ARE THE LINKS ON MY COMPANY'S WEBSITE  click here