# EXHIBIT H

10:15



Hi Joe spoke with Jeff Nicho... at lyten, have about 400 liquid, thinking ... her 50 there for round ... e it 275 or so. Are you put ... more?

Joseph ›

Another 150 to real and 50 to oil and gas. King is offering incentives for march, leaves 100 liquid

Sounds good.

Yes. I'm sending 50k to Lyten and 200 to REAL.

Cool thanks, let me know when you think it's good to go above 30% for real, I have the life insurance policy

Apr 1, 2024 at 14:33

Hi Joe, are you finding any reasonable AI investments? I'm passing on anthropic at 20 billion. What are you saying?

Apr 2, 2024 at 07:27

Not really. But honestly not done a lot in that space.at all. So far

Got it.. did Don ever go back to the banking charter idea?

We will revisit after tax season

 Text Message · SMS

**10:19**

**JM**

**Joseph**

Hi Joe Cris P pitched me on coreweave, an AI play being led by Morgan Stanley for ipo, they're thinking 5-10x in 2 years. Started by guys in jersey, fidelity is investing 250m and nvidia dropped 100m.

Sounds good. But your call. I honestly prefer the REAL. but know your nor 100% on those guys.

Can you send me the real and core info, will take another look.

The issue is I see with coreweave is valuation, they did round b in april at $2b, now they are doing this liquidity round at 8b, sales jumped from 30m last year to 450m this year going to 2b next year

Ok. Will do. That's a big jump

I still don't like the lack of conversions

Yeah. We'll know we handle.it on

Text Message · SMS

10:21

Will do. That's a b jump

**JM**

**Joseph** ›

n't like the lack of
ns

Yeah. We'll know we handle.it on out end. Me and Angelo. Have done a lit.of research and processing.

Meaning the iron edge investments?

Drive.

Iron Edge.is all on hold

Got it, can I call Angelo today to discuss drive

Ok.

I had a close.friend in Commercial real estate review all the land holdings. All good.

Is that the real?

Ueah

Ok real is 12 months and core is 3 months

Text Message · SMS

10:21

It won't cause any fees from him!

...t an investment ...the CLLC

**Joseph** ⟩

Ok Angelo didn't know, he was going to ask you or him

Do you think that's a good deal? It is currently sitting making bank interest

Oct 17, 2023 at 11:50

All DAY!

Awesome

How much of the 900k would you do?

I would start w 500. With the 90 day out. As long as you have no other plans for funds

Ok I might need some of the funds to transition businesses, I will marinate the decision overnight :)

You got.it

Oct 23, 2023 at 07:08

Hi Joe made wire request for 400, I may need some of the

Text Message · SMS

in Tahoe/Palm springs?

10:22



**JM**

**Joseph** ›

Hi Joe made wire request for 400, I may need some of the funds, will followup later. Any update NFLA rehab place in Tahoe/Palm Springs?

Dec 27, 2023 at 07:46

Hi Joe Merry Christmas.. are you still bullish on the Real fund? Thinking about another 100 to make it 500

Merry Chritmas. Yes I am

Sending 100k tomorrow myself

Ok nice! They are posting first 10% in Jan, so thought I would add some more

Yeah. Good stuff

Do you think there is a point to diversify away from real? After the 10% and the new 100k, I will have 540 there and about 450 sitting liquid in CLLC

I have a few others waiting on info for. Hold other cash till after new year

Ok

Dec 27, 2023 at 13:30

 Text Message • SMS

company, I spoke with the CEO