# EXHIBIT I

**Certifications of Plaintiffs Christian Carlson,  Ecre1, LLC, Huckleberry Glam, LLC, Dean Ralph Salerno and Aries Legacy, LLC**

I, Christian Carlson, on behalf of myself and  ECRE1 LLC, and HUCKLEBERRY GLAM, INC., make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually, authorize the filing of the Complaint on my behalf.

3. I did not purchase or acquire securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my relevant securities transactions during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed: 05/23/2025 _____

Signature: *Christian Carlson*
Christian Carlson (May 23, 2025 20:22 PDT)

## Transactions of Plaintiffs Christian Carlson, Ecre1, LLC, Huckleberry Glam, LLC

| Owner | Date | Amount |
|---|---|---|
| ECRE1, LLC | March 1, 2024 | $55,000 |
| Huckleberry Glam, Inc. | March 21, 2024 | $120,000 |

I, Dean Ralph Salerno, on behalf of myself and Aries Legacy, LLC, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., and, authorize the filing of the Complaint on my behalf.

3. I did not purchase or acquire securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my relevant securities transactions during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed: 05/24/2025 _____

Signature: _O.R. Salern_ _____

**Transactions of Plaintiffs Dean Ralph Salerno and Aries Legacy, LLC**

| Owner | Date | Amount |
|---|---|---|
| Aries Legacy, LLC | October 24, 2023 | $400,000 |
| Dean Ralph Salerno | October 26, 2023 | $75,100 |
| Aries Legacy, LLC | January 18, 2024 | $590,000 |
| Aries Legacy, LLC | February 21, 2024 | $100,000 |
| Aries Legacy, LLC | March 7, 2024 | $245,000 |
| Aries Legacy, LLC | March 25, 2024 | $150,000 |
| Aries Legacy, LLC | April 18, 2024 | $105,000 |
| Aries Legacy, LLC | June 5, 2024 | $100,000 |