# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | Case No: 1:25-cv-02118-VMC |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| INTEGRATED WEALTH STRATEGIES, LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## DEFENDANTS INTEGRATED WEALTH STRATEGIES, LLC AND JOSEPH C. MANIACI, JR.'S UNOPPOSED MOTION FOR: EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT; AND ENTRY OF PROPOSED BRIEFING SCHEDULE

Defendants Integrated Wealth Strategies, LLC and Joseph C. Maniaci, Jr. ("Defendants"), by and through undersigned counsel, respectfully move this Court for an extension of time to answer, move, or otherwise respond to the Second Amended Class Action Complaint (ECF No. 36) through and including, June 5, 2026. Defendants also request that the Court enter a proposed briefing schedule related to a contemplated motion to dismiss. Defendants' counsel has conferred with

counsel for Plaintiffs Aries Legacy, LLC, Christian Carlson, Dean Ralph Salerno, ECRE1 LLC, Huckleberry Glam, Inc. (collectively, "Plaintiffs"). Plaintiffs' counsel consents to Defendants' motion for extension of time and request for entry of a proposed briefing schedule. The grounds in support of this Motion are as follows:

1.      On June 5, 2025, Plaintiffs filed their Amended Class Action Complaint. (Dkt. 18.)

2.      On August 4, 2025, Defendants filed a Motion to Dismiss the Amended Class Action Complaint or stay the Action, pursuant to the Court's August 13, 2024 Receivership Order entered in *SEC v. Drive Planning, LLC et al.*, No. 24-cv-03583, and to dismiss the Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7). (Dkt. No. 23.)

3.      On March 24, 2026, the Court entered an Order and opinion denying Defendants' motion to dismiss the Amended Class Action or stay the Action pursuant to the receivership order and granting in part and denying in part Defendants' motion to dismiss pursuant to Rules 12(b)(1), 12(b)(6), and 12(b)(7). (Dkt. No. 33.)

4.      In the March 24, 2026 Order, the Court provided Plaintiffs with two weeks to file a Second Amended Class Action Complaint. (Dkt. No. 33 at 42.)

5.      On April 7, 2026, Plaintiffs filed an unopposed motion for an extension of time to file the Second Amended Class Action Complaint on or before May 7,

2026 with the consent of Defendants. (Dkt. No. 34.)

6.      In support of the unopposed motion, Plaintiffs noted that the Parties intended "to discuss the status of the case and whether proceeding is [in] the Parties' best interests." (*Id.* ¶ 4.)

7.      On May 7, 2026, Plaintiffs filed the Second Amended Class Action Complaint ("SACA"). (Dkt. No. 36.)

8.      Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' deadline to respond to the SACA is May 21, 2026.

9.      Defendants respectfully request an extension of approximately fifteen (15) days to evaluate the new allegations asserted in the SACA and answer or otherwise respond to that pleading on or before June 5, 2026.

10.     Defendants currently plan to file a motion to dismiss, and to provide the Parties with a commensurate amount of time for briefing, Defendants request that the Court enter the following, proposed briefing schedule that is outside the time constraints of Local Rule 7.1:

- Defendants' deadline to answer or otherwise respond to the Second Amended Class Action Complaint: **June 5, 2026**

- Plaintiffs' deadline to oppose a motion to dismiss (in event Defendants so move): **July 10, 2026**

- Defendants' deadline to file a reply in further support of motion to

dismiss (in event Defendants so move): **July 31, 2026**

11.    Plaintiffs' counsel has indicated that he consents to the relief sought herein.

12.    This is Defendants' first request for an extension of any deadline in this case.

13.    This extension is requested in good faith and not for the purpose of undue delay.

14.    Good cause therefore exists under Fed. R. Civ. P. 6(b)(1)(A) to extend Defendants' response deadline to June 5, 2026, and to enter the Parties' proposed briefing schedule.

15.    A proposed order is filed contemporaneously herewith for the Court's consideration.

16.    Pursuant to the Court's standing order, Defendants are separately providing the Court's chambers with notice of this filing given the upcoming deadline of tomorrow, May 21, 2026.

Respectfully submitted, this 20th day of May 2026.

/s/ Eric W. Moran
Eric W. Moran (*Pro Hac Vice*)
Eric.Moran@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

Justin K. Victor
Georgia Bar No. 105516
VictorJ@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100

Justin M. Schettino (*Pro Hac Vice*)
Justin.Schettino@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

*Attorneys for Defendants*
*Integrated Wealth Strategies, LLC*
*and Joseph C. Maniaci, Jr.*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that I prepared the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT AND PROPOSED BRIEFING SCHEDULE** in Times New Roman, 14-point font in accordance with L.R. 5.1(C). Further, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all registered attorneys of record.

 DATED: May 20, 2026

*/s/ Eric W. Moran*
Eric W. Moran