# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ARIES LEGACY, LLC, Delaware )
corporation, CHRISTIAN CARLSON, )
DEAN RALPH SALERNO, ECRE1 LLC, )
an Arizona corporation, HUCKLEBERRY )
GLAM, INC., an Arizona corporation, )       Case No: 1:25-cv-02118-VMC
individually and on behalf of all others )
similarly situated, )
 )
    Plaintiffs, )
 )
    v. )
 )
INTEGRATED WEALTH STRATEGIES, )
LLC., a New Jersey Corporation, and )
JOSEPH C. MANIACI, JR., individually, )
 )
    Defendants. )
_____ )

## **ORDER**

Defendants Integrated Wealth Strategies, LLC and Joseph C. Maniaci, Jr.'s ("Defendants") Unopposed Motion for: Extension of Time to Answer or Otherwise Respond to the Second Amended Class Action Complaint; and Entry of Proposed Briefing Schedule Consent Motion for Extension to Answer or Otherwise Respond to the Second Amended Class Action Complaint having come before this Court, and for good cause shown, it is **HEREBY ORDERED** that Defendants' Motion is **GRANTED**, and Defendants shall have through, and including, June 5, 2026, to answer, move, or otherwise respond to the Second Amended Class Action

Complaint; Plaintiffs shall have through, and including July 10, 2026, to oppose Defendants' motion to dismiss (in event Defendants so move); and Defendants shall have through, and including July 31, 2026 to file a reply in further support of a motion to dismiss (in event Defendants so move).

So ORDERED this 21st day of May, 2026

_____

Honorable Victoria M. Calvert
United States District Judge