**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ARIES LEGACY, LLC, Delaware corporation, CHRISTIAN CARLSON, DEAN RALPH SALERNO, ECRE1 LLC, an Arizona corporation, HUCKLEBERRY GLAM, INC., an Arizona corporation individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>INTEGRATED WEALTH STRATEGIES LLC., a New Jersey Corporation, and JOSEPH C. MANIACI, JR., individually,<br><br>      Defendants. | Case No: 1:25-cv-02118-VMC |

**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 9(b)**

Defendants Integrated Wealth Strategies LLC ("IWS") and Joseph C. Maniaci, Jr. ("Maniaci", together with IWS "Defendants") hereby move to dismiss the Second Amended Class Action Complaint ("SACA") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).

In support of this Motion, Defendants have filed an accompanying Brief setting forth the grounds to dismiss the SACA including the following reasons. Plaintiffs' claim under Section 12(a)(1) of the Securities Act of 1933 (the "Securities

1

Act") (Count I) asserted solely on behalf of Plaintiff Aries Legacy, LLC ("Aires Legacy") for two transactions is based on alleged false representations and misleading omissions rooted in fraud that implicate and fail to satisfy Rule 9(b)'s heightened pleading standard. Plaintiffs allege that Defendants made misrepresentations about the existence of properties in Georgia, Florida and Indiana, and regarding Mr. Maniaci's future intent to invest in Drive Planning. Taking Plaintiffs' allegations as true, Defendants' alleged statements concerning the collateral property are neither false nor material because they are consistent with information of record on this motion to dismiss. Plaintiffs also fail to allege facts sufficient to show that Mr. Maniaci's statement related to his own personal investment plans was false when made or plausibly linked to Plaintiffs' own investment decisions. Plaintiffs' remaining alleged misrepresentations improperly lump all of the Defendants together and fail to identify the specific statement or omissions at issue. Count I should be dismissed.

Aires Legacy's Section 12(a)(1) claim is the only basis for Plaintiffs' invocation of federal subject matter jurisdiction. With this claim dismissed, the Court should dismiss the remaining state claims for lack of subject matter jurisdiction; however, those claims fail for additional reasons.

Plaintiffs' claims under the New Jersey Uniform Securities Law (Counts II– III) similarly fail Rule 9(b)'s requirements for pleading fraud and fail to allege

"privity" as required under New Jersey law. Plaintiffs' claim for "Professional Negligence/Negligent Misrepresentation" (Count IV) fails to satisfy the Rule 9(b) pleading standard, and along with Plaintiffs' claim for breach of fiduciary duty (Count V), both claims fail to plausibly allege a duty to Plaintiffs, a breach, or that Defendants even could have detected the concealed fraud had there been a duty. Plaintiffs' claim for unjust enrichment (Count VI) fails to allege that Plaintiffs conferred a benefit upon Defendants for which they expected renumeration. An unjust enrichment claim does not fit this matter and must be dismissed. In all events, Plaintiffs' common law tort claims against Maniaci in his individual capacity must be dismissed pursuant to New Jersey's "participation theory."

WHEREFORE, Defendants respectfully request that this Court grant their Motion to Dismiss the SACA pursuant to Fed. R. Civ. P. 12(b)(6) and 9 (b). Defendants request that the SACA be dismissed with prejudice in its entirety as Plaintiffs have had multiple opportunities to amend and further amendment would be futile.

Respectfully submitted, this 5th day of June 2026.

/s/ Eric W. Moran
Eric W. Moran (*Pro Hac Vice*)
Eric.Moran@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

3

Justin K. Victor
Georgia Bar No. 105516
VictorJ@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305
T: (678) 553-2100

Justin M. Schettino (*Pro Hac Vice*)
Justin.Schettino@gtlaw.com
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ  07932
T: (973) 360-7900

*Attorneys for Defendants*
*Integrated Wealth Strategies, LLC*
*and Joseph C. Maniaci, Jr.*

4